

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00208-CV

**MORGAN STERN REALTY HOLDINGS, LLC**,
Bikim of Texas, LLC, and Allan Davidov,
Appellants

v.

**HORIZON EL PORTAL, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-000398-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we VACATE the trial court's March 19, 2014 order granting a temporary injunction, and REMAND this cause to the trial court for further proceedings. It is ORDERED that appellants, Morgan Stern Realty Holdings, LLC, Bikim of Texas, LLC, and Allan Davidov, recover their costs of appeal from appellee, Horizon El Portal, LLC.

SIGNED June 4, 2014.

_____
Rebeca C. Martinez, Justice